# COMPOSITE EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNITA JENNINGS,

Plaintiff,

Case No. 8:09-cv-00808-SDM EAJ

v.

ALL CHILDREN'S HOSPITAL, a
Florida Non-Profit Corporation,

Defendant.

______________________________/

**NOTICE OF INTENT TO SERVE SUBPOENAS**

To: Craig L. Berman, Esquire
Marcia Cohen, Esquire
Berman Law Firm, P.A., Plaza Tower
111 – 2nd Avenue N.E., Suite 706
St. Petersburg, Florida 33701

Defendant All Children's Hospital, Inc. ("All Children's") gives notice of its intent to serve a subpoena for the documents set forth in the attached subpoena unless an objection is received within five (5) days of your receipt of this notice on the following:

Records Custodian/Human Resources
Palms of Pasadena Hospital
1501 Pasadena Avenue South
St. Petersburg, Florida 33702

Records Custodian/Human Resources
Dolphin Cay Condominium
4779 Dolphin Cay Lane South
St. Petersburg, Florida 33711

Records Custodian/Human Resources
Bayfront Health Systems
Attn: Sue Adair
701 6th Street South
St. Petersburg, Florida 33701

Records Custodian/Human Resources
St. Anthony's Hospital
Attn: Team Resources
1200 7th Avenue North
St. Petersburg, Florida 33705

Records Custodian/Human Resources
St. Petersburg General Hospital
Attn: Jennifer Robinson
6500 38th Avenue North
St. Petersburg, Florida 33710

LAURA E. PRATHER – TRIAL COUNSEL
Florida Bar No. 870854
leprather@trenam.com
JUSTIN J. HORAN
Florida Bar No. 0060871
jjhoran@trenam.com
TRENAM, KEMKER
Bank of America Plaza, Suite 2700
101 E. Kennedy Boulevard (33602)
Tampa, FL 33602
(813) 223-7474 / (813) 229-6553 facsimile
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing has been furnished by E-Mail and U.S. Mail to Craig L. Berman, Esquire and Marcia Cohen, Esquire, 111 Second Avenue N.E., Suite 706, St. Petersburg, Florida 33701, on this 25th day of November, 2009.

Attorney

AO 88B (rev. 11/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

VERNITA JENNINGS,

Plaintiff.

v.

Case Number: 8:09-CV-00808-SDM EAJ

ALL CHILDREN'S HOSPITAL, INC.,

Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

TO: Records Custodian/Human Resources
Bayfront Health Systems
Attn: Sue Adair
701 6th Street South
St. Petersburg, Florida 33701

xxxx. *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:.

- **Anv and all documents pertaining to Vernita Jennings (formerly known as Powell) (SSN**
- **Any and all documents that constitute, reflect, describe, refer, or relate to personnel records pertaining to Vernita Jennings, including all information related to her employment with Bayfront Health Systems, created or maintained by your office.**

| PLACE: TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602 | Date: December 16, 2009 |
|---|---|
| | Time: 10:00 a.m. |

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/2009

CLERK OF COURT

OR

Signature of Clerk or Deputy Clerk

Justin J Horan
Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) All Children's Hospital, Inc., who issues or requests this subpoena are:

Laura E. Prather, Esq. and Justin J. Horan, Esq., , Trenam, Kemker, 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602. Tel: 813-223-7474. Email: leprather@trenam.com/jjhoran@trenam.com.

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________.

___ I personally served the subpoena on the individual at *(place)* ______________________________

______________________________ *on (date)* ______________________; *or*

___ I left the subpoena at the individual's residence or usual place of abode with *(name)* ______________________

______________________, a person of suitable age and discretion who resides there,

on *(date)* ______________________, and mailed a copy to the individual's last known address; or

___ I served the subpoena to *(name of individual)* ______________________, who is

designated by law to accept service of process on behalf of *(name or organization)* ______________________

______________________________ on *(date)* ______________________; or

___ I returned the subpoena unexecuted because ______________________________; or

___ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$______________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (rev. 11/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

VERNITA JENNINGS,

Plaintiff.

v.

Case Number: 8:09-CV-00808-SDM EAJ

ALL CHILDREN'S HOSPITAL, INC.,

Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

TO: Records Custodian/Human Resources
Palms of Pasadena Hospital
1501 Psadena Avenue South
St. Petersburg, Florida 33702

xxxx *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:.

- **Any and all documents pertaining to Vernita Jennings (formerly known as Powell)** (

- **Any and all documents that constitute, reflect, describe, refer, or relate to personnel records pertaining to Vernita Jennings, including all information related to her employment with Palms of Pasadena Hospital, created or maintained by your office.**

| PLACE: TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602 | Date: December 16, 2009 |
|---|---|
| | Time: 10:00 a.m. |

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/2009

CLERK OF COURT

Signature of Clerk or Deputy Clerk

OR

Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) All Children's Hospital, Inc., who issues or requests this subpoena are:

Laura E. Prather, Esq. and Justin J. Horan, Esq., , Trenam, Kemker, 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602. Tel: 813-223-7474. Email: leprather@trenam.com/jjhoran@trenam.com.

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________________.

___ I personally served the subpoena on the individual at *(place)* ____________________

____________________ *on (date)* ____________________ *; or*

___ I left the subpoena at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there,

on *(date)* ____________________, and mailed a copy to the individual's last known address; or

___ I served the subpoena to *(name of individual)* ____________________, who is

designated by law to accept service of process on behalf of *(name or organization)* ____________________

____________________ on *(date)* ____________________; or

___ I returned the subpoena unexecuted because ____________________; or

___ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$____________________.

My fees are $__________ for travel and $__________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (rev. 11/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

VERNITA JENNINGS,

Plaintiff.

v.

Case Number: 8:09-CV-00808-SDM EAJ

ALL CHILDREN'S HOSPITAL, INC.,

Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

TO: Records Custodian/Human Resources
Dolphin Cay Condominium
4779 Dolphin Cay Lane South
St. Petersburg, Florida 33711

xxxx. *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:.

- **Anv and all documents pertaining to Vernita Jennings (formerly known as Powell)**

- **Any and all documents that constitute, reflect, describe, refer, or relate to personnel records pertaining to Vernita Jennings, including all information related to her employment with Dolphin Cay Condominium, created or maintained by your office.**

| PLACE: TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602 | Date: December 16, 2009 |
|---|---|
| | Time: 10:00 a.m. |

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/2009

CLERK OF COURT

OR

Signature of Clerk or Deputy Clerk

Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) All Children's Hospital, Inc., who issues or requests this subpoena are:

Laura E. Prather, Esq. and Justin J. Horan, Esq., , Trenam, Kemker, 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602. Tel: 813-223-7474. Email: leprather@trenam.com/jjhoran@trenam.com.

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ________________________________

was received by me on *(date)* ____________________.

___ I personally served the subpoena on the individual at *(place)* ____________________

____________________ on *(date)* ____________________; or

___ I left the subpoena at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there,

on *(date)* ____________________, and mailed a copy to the individual's last known address; or

___ I served the subpoena to *(name of individual)* ____________________, who is

designated by law to accept service of process on behalf of *(name or organization)* ____________________.

____________________ on *(date)* ____________________; or

___ I returned the subpoena unexecuted because ____________________; or

___ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$____________________.

My fees are $__________ for travel and $__________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (rev. 11/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

VERNITA JENNINGS,

Plaintiff.

v. Case Number: 8:09-CV-00808-SDM EAJ

ALL CHILDREN'S HOSPITAL, INC.,

Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

TO: Records Custodian/Human Resources
St. Petersburg General Hospital
Attn: Jennifer Robinson
6500 38th Avenue North
St. Petersburg, Florida 33710

xxxx *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:.

- **Any and all documents pertaining to Vernita Jennings (formerly known as Powell)**

- **Any and all documents that constitute, reflect, describe, refer, or relate to personnel records pertaining to Vernita Jennings, including all information related to her employment with Palms of St. Petersburg General Hospital, created or maintained by your office.**

| PLACE: TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602 | Date: December 16, 2009 |
|---|---|
| | Time: 10:00 a.m. |

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/2009

CLERK OF COURT

OR

Signature of Clerk or Deputy Clerk

Justin J. Horan
Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) All Children's Hospital, Inc., who issues or requests this subpoena are:

Laura E. Prather, Esq. and Justin J. Horan, Esq., , Trenam, Kemker, 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602. Tel: 813-223-7474. Email: leprather@trenam.com/jjhoran@trenam.com.

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________________.

___ I personally served the subpoena on the individual at *(place)* ______________________________

______________________________ *on (date)* ____________________ *; or*

___ I left the subpoena at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there,

on *(date)* ____________________, and mailed a copy to the individual's last known address; or

___ I served the subpoena to *(name of individual)* ____________________, who is

designated by law to accept service of process on behalf of *(name or organization)* ____________________

______________________________ on *(date)* ____________________; or

___ I returned the subpoena unexecuted because ______________________________; or

___ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$____________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (rev. 11/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

VERNITA JENNINGS,

Plaintiff.

v.

Case Number: 8:09-CV-00808-SDM EAJ

ALL CHILDREN'S HOSPITAL, INC.,

Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

TO: Records Custodian/Human Resources
St. Anthony's Hospital
Attn: Team Resources
1200 7th Avenue North
St. Petersburg, Florida 33705

xxxx *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:.

- **Any and all documents pertaining to Vernita Jennings (formerly known as Powell)**
- **Any and all documents that constitute, reflect, describe, refer, or relate to personnel records pertaining to Vernita Jennings, including all information related to her employment with Palms of St. Anthony's Hospital, created or maintained by your office.**

| PLACE: TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602 | Date: December 16, 2009 |
|---|---|
| | Time: 10:00 a.m. |

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/2009

CLERK OF COURT

OR

Signature of Clerk or Deputy Clerk

Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) All Children's Hospital, Inc., who issues or requests this subpoena are:

Laura E. Prather, Esq. and Justin J. Horan, Esq., , Trenam, Kemker, 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, FL 33602. Tel: 813-223-7474. Email: leprather@trenam.com/jjhoran@trenam.com.

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________________.

___ I personally served the subpoena on the individual at *(place)* ______________________________

______________________________ *on (date)* ____________________ *; or*

___ I left the subpoena at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there,

on *(date)* ____________________, and mailed a copy to the individual's last known address; or

___ I served the subpoena to *(name of individual)* ____________________, who is

designated by law to accept service of process on behalf of *(name or organization)* ____________________

______________________________ on *(date)* ____________________; or

___ I returned the subpoena unexecuted because ______________________________; or

___ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$____________________.

My fees are $____________________ for travel and $______________ for services, for a total of $____________________.

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: